IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Charles Hicks #246241 )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 3:07-CV-714-MHT
)  (To be supplied by Clerk of
U. States Postal Service, Montgomery )  U.S. District Court)
Alabama, )
U. States Postal Service, )
Alexander City, Alabama )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2007 AUG -7 A 9:57

I.  PREVIOUS LAWSUITS
   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

          Plaintiff(s) Charles Hicks #246241

          Defendant(s) Alabama Department of Corrections and the Prison Health Services in Franklin, Tenn

      2.  Court (if federal court, name the district; if state court, name the county) Middle District Court Alabama, Montgomery County.

3. Docket number _N/A_

4. Name of judge to whom case was assigned _Judge Charles Coody, Jr._

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Still Pending_

6. Approximate date of filing lawsuit _Oct 2006._

7. Approximate date of disposition _Oct 2006._

II. PLACE OF PRESENT CONFINEMENT _Alexander City Community Base, P.O. Drawer 160, Alexander City, Alabama 35011_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Alexander City Community Base, P.O. Drawer 160, Alexander City, Alabama 35011_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS

1. _United States Postal Service   Montgomery, Alabama 36104_
2. _United States Postal Service   Alexander City, Alabama 35011_
3. 
4. 
5. 
6. 

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _It strated on 7-24-07 until 8/4/07 that is the present time._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _My Constitutional rights was violated because, someone had already opened my mail (Legal) and put Scotch Tape on the back of my envolopes before I recieve my Legal Mail. When, I get my Legal Mail it has already been opened and somebody has read my mail that the court has sent me. When, I get the envolope they are all mess up with tape on them. And I have the letters too show for it too the court._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On July 24, 2007, After 6:00 pm I recieved my Legal Mail at Alexander City Community Base, Alexander City, Alabama from one of the officers and On August 2, 2007 After 10:00 pm Alexander City Community Base, Alexander City, Alabama, I recieved my Legal Mail from the third Shift Officer and 8-14/07 After 6:00 pm, I recieved my Legal Mail from second Shift officer. All of them had already been opened and read without me standing there.

GROUND TWO: For them too be Arrested and I am suing for freedom and money for suffer and pain and for damages.

SUPPORTING FACTS: I am suing for cruel and Unusual punishment and for money for suffering and pain and for freedom because they are not suppose too open Legal Mail without me standing there too see it. And also for damaging my Legal Mail and it is a threat too me and I am scared for my life because it is important Mail from the Federal Court in Montgomery, Alabama. Because

GROUND THREE: of the previous lawsuits, I already have against them, (The Alabama Department Of Corrections). And against Lieutinant Willie Copeland from Staton Correctional.

SUPPORTING FACTS: _____

_____
_____
_____
_____
_____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To reward me with Money and my freedom and for pain and suffering. And to arrest whoever did it. I am suing for #15 million dollars. And I have the letters to prove it.

Charles Hicks #246241
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8/5/07
(Date)

Charles Hicks #246241
Signature of plaintiff(s)

4

Charles Hicks #246241  A-39-A
Alexander City Community Base
P.O. Drawer 16B
Alexander City, Alabama 35011

Legal Mail

The United States District Court
Middle District Clerks Office
P.O. Box 711
Montgomery, Alabama 36101