IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES HICKS, #246241, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:07cv714-MHT |
| ) | (WO) |
| UNITED STATES POSTAL SERVICES - ) | |
| MONTGOMERY, ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

DONE, this the 13th day of September, 2007.

　　　　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson　　　　　
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE