In The United States District Court
For The Middle District of Alabama
Eastern District

Charles Hicks #246241,
   Plaintiff
v.                                              Civil Action No: 3:07-cv-
United States Postal Service-                   714-MHT
Montgomery Alabama, et al.,
   Defendants,

### Objections

Dear Judge Myron H. Thompson,

   This is inmate Charles Hicks. The reason why, I am writing this letter because I need more time (30) days to respond back too the court and to also show the letter that the Postal Service stamped on one of my Legal Letters that it was damaged by the Postal Service on the front of the envolope.

   I have the copy of the envolope too show the court. I will have a copy made to send you. Also on Sept 14, 2007, I recieved another Legal Letter from the Post Master Office in Birmingham, Alabama with tape on the back of it and it was opened (cut) before I got it and (over)

Officer Leonard on 2nd Shift saw it and will testify too it also. But he would not sign his name on the envelope that the letter was already opened before he gave it too me. Asked him if he would sign his name on it. He said "No" but he will testify that he saw it open. I also talked to Investigator Barfoot here on last Tuesday Morning about how they are opening up and reading and putting Tape on the back of my Legal Mails. I & I Investigations and Mr. Barfoot are investigating the case at this time.

Please write me back as soon as possible.

### Certificate of Service

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this in 16th day Sept, 2007.

Charles Hicks #246241
Alexander City Community Base
P.O. Drawer 160
Alexander City, Al 35010

*[Envelope image]*

Return address:
Charles Hicks #246241 #994
Alexander City Community Base
P.O. Drawer 160
Alexander City, Alabama 35010

Postmark: BIRMINGHAM AL 350 — 18 SEP 2007 PM 6 L

Addressed to:
Office Of The Clerk
United States District Court
Attention: Judge Myron Thompson
P.O. Box 711
Montgomery, Alabama 36101-0711