IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES HICKS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:07cv714-MHT |
| | ) | |
| UNITED STATES POSTAL | ) | |
| SERVICES, MONTGOMERY, | ) | |
| ALABAMA and UNITED STATES | ) | |
| POSTAL SERVICES, ALEXANDER | ) | |
| CITY, ALABAMA, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the plaintiff's objections (Doc. No. 7) are treated as a motion for reconsideration and said motion is denied.

Even taking the plaintiff's allegations as true, the court must still conclude that he is not entitled to relief from the United States Postal Services for damage to mail which occurred during transmission by the Postal Services. As previously noted, "the postal matter

exception ... preserves sovereign immunity and therefore precludes government liability for '[a]ny claim arising out of the loss, miscarriage, or negligent transmission of letters or postal matter.'  28 U.S.C. § 2680(b)."  Recommendation (Doc. No. 4), at 3.

    DONE, this the 10th day of October, 2007.


                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**